11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT



In re the State of Texas ex rel.      * Original Mandamus/Prohibition
Michael Munk,                           Proceeding

No. 11-14-00268-CV               * November 10, 2014

                                          * Opinion by Bailey, J.
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

This court has considered Relator's petition for writ of mandamus and petition for writ of prohibition and concludes that the petition for writ of mandamus should be conditionally granted in part and that the petition for writ of prohibition should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is conditionally granted in part. The Honorable Carter T. Schildknecht is directed to vacate her order of October 2, 2014, to the extent that the order requires the State to conduct criminal history searches of the NCIC/TCIC databases. A writ of mandamus will issue only if Judge Schildknecht fails to act by November 25, 2014. Relator's request for a writ of prohibition is denied.